## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GANNETT SATELLITE INFORMATION** | ) |
| **NETWORK, LLC d/b/a USA TODAY** | ) |
| 1675 Broadway, 23rd Floor | ) |
| New York, New York 10019 | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. IMMIGRATION AND** | ) |
| **CUSTOMS ENFORCEMENT,** | ) |
| Office of the Principal Legal Advisor | ) |
| 500 12th Street, SW, Mailstop 5900 | ) |
| Washington, DC 20536 | ) |
| | ) |
| **U.S DEPARTMENT OF** | ) |
| **HOMELAND SECURITY,** | ) |
| Office of the General Counsel MS0485 | ) |
| 2707 Martin Luther Kind Jr. Ave SE | ) |
| Washington, D.C. 20528 | ) |
| | ) |
| **Defendants.** | ) |

## <u>COMPLAINT</u>

1.     Plaintiff GANNETT SATELLITE INFORMATION NETWORK, LLC d/b/a/ USA TODAY brings this suit to force Defendants U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT and U.S. DEPARTMENT OF HOMELAND SECURITY to conduct a reasonable search, issue a determination, and produce records regarding a death in Defendants' custody.

**PARTIES**

2.      Plaintiff GANNETT SATELLITE INFORMATION NETWORK, LLC d/b/a/ USA TODAY ("USA TODAY") is a multi-platform news and information media company and is the FOIA requester in this case.

3.      Defendant U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4.      Defendant U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.  DHS is the parent agency of ICE.

**JURISDICTION AND VENUE**

5.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**APRIL 9, 2026 FOIA REQUEST TO ICE (MORTALITY REVIEW)**

7.      On April 9, 2026, Plaintiff submitted the following FOIA request to ICE for the following records:

> I am seeking a copy of the Mortality Review for ICE detainee Delvin Francisco Rodriguez who died on Dec.14, 2025.

8.      A true and correct copy of the FOIA request is attached as Exhibit 1.

9.      According to the ICE FOIA website portal, the request was assigned reference number 2026-ICFO-23358 and was placed on the "Simple" processing track.  *Id*.

10.      ICE did not send any substantive response to Plaintiff regarding this request within the statutory deadline.

11.      While not legally required, on May 1, 2026, Plaintiff submitted an administrative appeal to appeal the constructive denial from ICE.

12.    A true and correct copy of the administrative appeal is attached as Exhibit 2.

13.    On May 4, 2026, ICE acknowledged receipt of the administrative appeal and assigned reference number 2026-ICAP-00318 to the matter.

14.    A true and correct copy of the acknowledgement letter is attached as Exhibit 3.

15.    On May 8, 2026, Plaintiff sought an estimated date of completion and inquired about the status of the request, including whether the search for records had been completed, how many pages were located in response to the search, and whether an analyst had been assigned for review.

16.    A true and correct copy of the response, along with subsequent correspondence, is attached as Exhibit 4.

17.    On May 12, 2026, ICE responded advising the Plaintiff to contact the ICE Office of the Principal Legal Advisor. *Id*.

18.    On May 28, 2026, the ICE Office of the Principal Legal Advisor responded to Plaintiff's administrative appeal informing Plaintiff that ICE is still in the process of responding to the request and ICE is administratively closing the appeal.

19.    A true and correct copy of the response letter is attached as Exhibit 5.

20.    On June 8, 2026, ICE sent a letter acknowledging it received the request on April 9, 2026, and invoked a ten-day extension to respond.

21.    A true and correct copy of the acknowledgment letter is attached as Exhibit 6.

22.    ICE did not send any further correspondence to Plaintiff regarding this request.

23.    As of the date of this filing, ICE has not issued a determination on Plaintiff's request.

24.    As of the date of this filing, ICE has failed to make any responsive records promptly available to Plaintiff.

**APRIL 9, 2026 FOIA REQUEST TO ICE (MEDICAL RECORDS/VIDEO)**

25.     On April 9, 2026, Plaintiff submitted the following FOIA request to ICE for the following records:

> I am seeking medical records and or video generated between Dec. 1 and Dec. 5, 2025 regarding the in-custody death of Delvin Francisco Rodriguez at the Adams County Correctional Center in Mississippi.

26.     A true and correct copy of the FOIA request is attached as Exhibit 7.

27.     According to the ICE FOIA website portal, the request was assigned reference number 2026-ICFO-23361 and was placed on the "Complex" processing track. *Id*.

28.     ICE did not send any substantive response to Plaintiff regarding this request within the statutory deadline.

29.     While not legally required, on May 1, 2026, Plaintiff submitted an administrative appeal to appeal the constructive denial from ICE.

30.     A true and correct copy of the administrative appeal is attached as Exhibit 8.

31.     On May 4, 2026, ICE acknowledged receipt of the administrative appeal and assigned reference number 2026-ICAP-00319 to the matter.

32.     A true and correct copy of the acknowledgement letter is attached as Exhibit 9.

33.     On May 8, 2026, Plaintiff sought an estimated date of completion and inquired about the status of the request, including whether the search for records had been completed, how many pages were located in response to the search, and whether an analyst had been assigned for review.  Ex. 4.

34.     On May 12, 2026, ICE responded advising the Plaintiff to contact the ICE Office of the Principal Legal Advisor.  *Id*.

- 4 -

35.     On May 28, 2026, the ICE Office of the Principal Legal Advisor responded to Plaintiff's administrative appeal informing Plaintiff that ICE is still in the process of responding to the request and ICE is administratively closing the appeal.

36.     A true and correct copy of the response letter is attached as Exhibit 10.

37.     On June 8, 2026, ICE sent a letter acknowledging it received the request on April 9, 2026, and invoked a ten-day extension to respond.

38.     A true and correct copy of the acknowledgment letter is attached as Exhibit 11.

39.     ICE did not send any further correspondence to Plaintiff regarding this request.

40.     As of the date of this filing, ICE has not issued a determination on Plaintiff's request.

41.     As of the date of this filing, ICE has failed to make any responsive records promptly available to Plaintiff.

**COUNT I – ICE'S FOIA VIOLATION**
**APRIL 9, 2026 REQUEST TO ICE (MORTALITY REVIEW)**

42.     Paragraphs 1-41 are incorporated by reference.

43.     Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

44.     Defendant ICE is a federal agency subject to FOIA.

45.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

46.     Defendant ICE has failed to conduct a reasonable search for records responsive to the request.

47.     Defendant ICE has failed to issue a determination within the statutory deadline.

48.     Defendant ICE has failed to produce all non-exempt records responsive to the request.

- 5 -

**COUNT II – ICE'S FOIA VIOLATION**
**APRIL 9, 2026 REQUEST TO ICE (MEDICAL RECORDS/VIDEO)**

49.     Paragraphs 1-49 are incorporated by reference.

50.     Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

51.     Defendant ICE is a federal agency subject to FOIA.

52.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

53.     Defendant ICE has failed to conduct a reasonable search for records responsive to the request.

54.     Defendant ICE has failed to issue a determination within the statutory deadline.

55.     Defendant ICE has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i.      declare that Defendants have violated FOIA;

ii.     order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

iii.    enjoin Defendants from withholding non-exempt public records under FOIA;

iv.     award Plaintiff attorneys' fees and costs; and

v.      award such other relief the Court considers appropriate.

Dated: July 21, 2026

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
GANNETT SATELLITE INFORMATION

- 6 -

NETWORK, LLC d/b/a/ USA TODAY

Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com